IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 3:04CR031(3) |
| John Raymond Senter | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named began Supervised Release on July 15, 2008 for a period of five years. For good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 4 day of January, 2012

United States District Judge